**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELIZABETH SIOBHAN THERIAULT,**<br>139 South Rd.<br>Bedford, MA 01730<br><br>               **Plaintiff,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>               **Defendant.** | )<br>)<br>)<br>)<br>)   **Civil Action No. 05-cv-01556-RMC**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Dated: August 22, 2005                        Respectfully Submitted,

                                                SHOOK, HARDY & BACON, L.L.P.

                                                /s/ John Chadwick Coots
                                                John Chadwick Coots, DC Bar No. 461979
                                                600 14th Street, N.W., Suite 800
                                                Washington, D.C. 20005-2004
                                                (202) 783-8400 Telephone
                                                (202) 783-4211 Facsimile

                                                **ATTORNEYS FOR DEFENDANT
                                                ELI LILLY AND COMPANY**

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of August, 2005, which sent notification of such filing to all counsel of record.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

        /s/ John Chadwick Coots
        **ATTORNEY FOR DEFENDANT**
        **ELI LILLY AND COMPANY**