IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH S. THERIAULT,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Civil Action No.: 05 -1556 (RMC) |
| | ] Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** | ] on October 7, 2005 at 2:00 p.m. |
| | ] |
| **Defendant.** | ] |

## [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 27, 2005:   Deadline for Joinder and/or Amendment of the Pleadings.

January 6, 2006:   Deadline for serving Discovery Requests.

February 6, 2006:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 8, 2006:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 7, 2006:   All Discovery closed.  The parties agree that experts may be deposed until the close of discovery.

July 7, 2006:   Deadline for filing Dispostive Motions.

August/September 2006   Pre-Trial Conference.

DATED: _____     _____
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040 | /s/ Michelle R. Mangrum (by permission-rm)<br>MICHELLE R. MANGRUM, #473634<br>600 14th Street, N.W., Suite 800<br>Washington, DC  20005-2004<br>202-223-1200 |
| Counsel for Plaintiff | and |
|  | David W. Brooks, Esq.<br>Mark C. Hegarty, Esq.<br>John F. Kuckelman, Esq.<br>Harley V. Ratliff, Esq.<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO  64108<br>816-474-6550 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: September 26, 2005