IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
ELIZABETH SIOBHAN THERIAULT,        *
139 South Road                      *
Bedford, MA 01730                   *
                                    *
              Plaintiff,            *
                                    *    CIVIL ACTION 05-1556-RMC
         vs.                        *
                                    *    SUPERIOR COURT NO. 05-0005573
ELI LILLY AND COMPANY,              *
Lilly Corporate Center              *
Indianapolis, IN  46285,            *
                                    *
              Defendant.            *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  October 4, 2005                      Respectfully Submitted,

                                             SHOOK, HARDY & BACON, L.L.P.

                                             _____
                                             Emily J. Laird, D.C. Bar No. 485890
                                             600 14th Street, N.W., Suite 800
                                             Washington, D.C. 20005-2004
                                             (202) 783-8400 Telephone
                                             (202) 783-4211 Facsimile

                                             **ATTORNEYS FOR DEFENDANT
                                             ELI LILLY AND COMPANY**

126292v1

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 4th day of October, 2005, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

126292v1