# Exhibit 2

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Massachusetts

Filed in:
*Elizabeth Siobhan Theriault v. Eli Lilly and Company, et al.*
U.S. District Court for the District of Columbia
Civil Action No. 05-CV-1556-RMC

129804v1

NOV 2 3 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH SIOBHAN THERIAULT, ]
]
    Plaintiff, ]
]
v. ]   Civil Action No.: 05-cv-01556-RMC
ELI LILLY AND COMPANY, ]
]
    Defendant. ]

## PLAINTIFF ELIZABETH SIOBHAN THERIAULT'S ANSWERS TO PLAINTIFF ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your present name, date and place of birth, Social Security Number, and all other names you have used or been known by, including the period during which you were known by such other names.

ANSWER: Name: Elizabeth Siobhan Theriault; Date of Birth: 10/13/1966; Place of Birth: MT.

Auburn Hospital, Cambridge, Massachusetts; Social Security No.: 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;

Prior Names: Elizabeth Siobhan Rooney prior to 8/10/1996.

2. Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

ANSWER:  a.  476 Concord Ave.,
Bedford, MA 01730
10/13/1966 - 6/1967

        b.  9 Appletree Lane
Bedford, MA 01730
6/1967 - 2/1973

        c.  20 Hancock Street
Lexington, MA 02420-3447
2/1973 - 8/1996

        d.  Susqueshanna State University, Selinsgrove, PA
1985-1989

   e.  30 Revere Beach Parkway
      Medford, MA
      1989-8/1996

   d.  139 South Rd.
      Bedford, MA 01730
      8/1996 - present

3. Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

**ANSWER:** Spouse: Douglas Theriault; Address:139 South Rd., Bedford, MA 01730,

Date of Marriage: 8/10/1996; Place of Marriage: Bedford, MA..

4. Please state your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges.

**ANSWER:**

  a.  College - Bachelor of Arts, Susqueshanna State University, Selinsisgrove, PA, 1989.

  b.  Graduate Studies - Master of Science, Wheelock College, Early Childhood, K-3, certificate # 312240

5. Please state the name and address of your present and past employers and/or any periods of self-employment, including the job title, nature of duties, length of period of employment or self-employment, average monthly earnings and reason for leaving employ of each such employer or period of self-employment.

**ANSWER:**

  a.  9/93-Present; Franklin Elementary School, West Newton, MA; Kindergarten Teacher - plan, create, and adapt curriculum and instruction to meet needs of all students; Manage classroom, conduct assessments and communicate with parents; Foster literacy and language development.

  b.  1997- Present; The Lexington Club, Lexington, MA; Nursery Supervisor - organize safe, stimulating environment for children newborn to age 6; Interview, hire and evaluate staff; Communicate with parents regarding childrens' needs.

2

    c.    5/93-6/93; Hanscom Primary School, Bedford MA; Long Term Substitute Teacher.

    d.    9/89-6/93; Lincoln Extended Activities Program, Lincoln, MA; Assistant Director K-6 Programs.

6. Except for the present lawsuit, if you ever made any claim or filed any lawsuit for personal injury or disability, please provide the details, including the approximate date each such claim or other lawsuit was filed; the nature of your claimed injury, disability or condition; the name and address of each person, firm or corporation against whom such claim or suit was made or filed; the amount received by way of settlement, payment or judgment for each such claim or suit; the approximate date, location and circumstance of the occurrence causing any injury, disease or disability for each such suit or claim; and the name and address of the court, commission or other body before which such claim or suit was filed, if any, and the number assigned to each such claim or suit.

**ANSWER:** Not Applicable.

7. Please state the name and address of each physician or other health care provider who has treated you for any reason which you do <u>not</u> attribute to your alleged exposure to the diethylstilbestrol (DES) referred to in your Complaint, including the nature, date, location, of any such treatment, the name and address of each hospital, clinic or other health care facility where you were confined, treated or examined, and the dates of such confinement, treatment or examination.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad, burdensome, irrelevant, nor will it lead to the discovery of any relevant information pertaining to Plaintiff's claims. In addition, Plaintiff objects to any health care provider not relevant to her gynecological or associated conditions. Without waiving said objections, to the best of Plaintiff's recollection, the following have conducted gynecological examinations:

    a.    Dr. Arthur Schramm, M.D., Retired, Home Address: 16 Buckman Dr., Lexington, MA. Approx. Year - 1978.

3

b. Newton Wellesley GYN Clinic - Newton Wellesley Hospital, Newton, MA 02162. Approx. Years 1988-1996.

c. Mahmood Niaraki, M.D., Harvard Vanguard Medical Associates, 200 Wall St., Burlington, MA. 01803. Approx. Years 1997-1999

d. Ann Thorndike, M.D., 55 Fiuit Street, Yawkey 4B, Boston, MA 02114. Approx. Years 2000-2005

e. Keith Issacson, M.D., 2014 Washington St., Newton, MA 02462. Approx. 1999 - 2005.

8. In regard to your menstrual history, please state your age at the onset of menstruation, whether menstruation was regular, and if not, describe such irregularities as well as any cramping, fainting, dizzy spells, or any other difficulties with menstruation (such as excessive or prolonged flow), and if you have consulted a physician or other health care provider regarding any of these irregularities or difficulties, please state the name and address of the physician, the approximate dates consulted and the reason for any such consultation, examination or treatment.

**ANSWER:** Plaintiff's age at menarche was approximately twelve. Her menstruation is regular.

9. If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Plaintiff started attempting pregnancy after her marriage in September 1996. See Medical Records, produced in response to Defendant's Request for Production of Tangible Things. Treating Doctor: Mahmood Niaraki, M.D., Harvard Vanguard Medical Associates, 200 Wall St., Burlington, MA 01803.

10. If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous

abortion, therapeutic abortion, etc.); the name and address of each physician of other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:** Plaintiff has never experienced a pregnancy to date.

11. Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:** Inclusive Dates of Pregnancy: approximately 12/70 - 9/28/1971; Parent's names: Elizabeth Ashley Rooney and Thomas P. Rooney; Mother's Address: 386 Concord Rd., Bedford, MA 01730; Doctors' names and address: Dr. Arthur Schramm, 16 Buckman Dr., Lexington, MA; Hospital: Mt. Auburn Hospital, Cambridge, MA.

12. Please list the names of all the drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids or hormones; the inclusive dates each such drug or medication was used; the purpose for which each such drug or medication was used; and the name of the physician of other health care provider, if any, who prescribed such drug or medication for your use.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad and burdensome, nor will it lead to the discovery of information relevant to her claim. The only relevant hormone plaintiff has been exposed to is the DES she was exposed to in utero.

5

joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

**ANSWER:** Plaintiff is not making a claim for loss of wages at this time.

17. As to your mother, please state her full name and maiden name; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or conditions your mother has or has had and the approximate dates of such illness, disease and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy; the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

**ANSWER:** Mother's name: Elizabeth Ashley (Shuler) Rooney; Date and place of birth: 3/27/1941 in Greenwich, CT.; Present Address: 20 Hancock St., Lexington, MA;

Prior addresses:

a.  476 Concord Ave.
    Bedford, MA 01730
    12/1964 - 6/1967
    Mother, Spouse, Client

b.  9 Appletree Lane
    Bedford, MA 01730
    6/1967 - 2/1973
    Mother, Spouse, Client, Brother

c.  20 Hancock Street
    Lexington, MA 02420-3447
    2/1973 - present

7

Mother's major illnesses:   None.

Plaintiff's mother has been pregnant three times as follows:

(1) 1/1966 - 10/13/1966 - pregnancy with client; began bleeding at approx. 6 weeks gestation. Drs. Sexton and Schramm - OB/GYN Providers  DES Given at week 6.

(2) July, 1967 - June 11, 1968 - Pregnancy/Delivery of Steven Rooney. Hospitalized in Early October, 1967 for potential miscarriage. Given DES during that hospitalization and sent home to continue.

(3) June 1969 - Positive Pregnancy. Miscarriage in 10/1969.

Marital Status: Widowed. Deceased Spouse's name and former address: Thomas P. Rooney, 20 Hancock St., Lexington, MA 02420.

18. As to your father, please state his full name; his place and date of birth; his present address if living, the date and cause of death if deceased; all residences at which your father lived for a period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

ANSWER: Father's name: Thomas P. Rooney; Date and Place of Birth: 6/24/1932 in the Bronx, NY. Last Address: See Plaintiff's Answer to Interrogatory No. 17. Date of Death: 5/29/1998. Prior Residences: See Plaintiff's Answer to Interrogatory No. 17; Major Illnesses: Liver Cancer; Marital Status/Spouse's Address: See Plaintiff's Answer to Interrogatory No. 17.

19. As to your brothers and sisters, please state their names at birth, their present names if different from their names at birth; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

ANSWER:   Plaintiff has one natural brother as follows:

   a. Name: Steven Rooney; Address: 6 Tuckerwood Ct., Nashua, NH 03064; Major Illnesses: None; Date of Birth: 6/11/1968. Also DES - exposed in utero.

20. As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

ANSWER:   a.   Dates when DES was prescribed: during the first trimester; approx. 6th week of gestation.

   b.   Dr. Arthur Schramm, Lexington, MA. .

   c.   Plaintiff's mother filled her DES prescription at one of the local pharmacies in Bedford, MA. Discovery still ongoing; Plaintiff reserves the right to supplement this response.

   d.   See statement of Arthur Schramm, M.D., and also affidavit of plaintiff's mother in response to Defendant's Request for Production. Plaintiff reserves the right to supplement this response.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

ANSWER:   Plaintiff's mother recalls that the DES was taken in pill form, was white, small, cross-scored, and un-coated. Also, the dosage increased as the pregnancy progressed.

9

The information contained in these answers, as well as the word usage, sentence structure and opinions, are not solely that of the declarant; rather, they are product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: Nov. 15, '05

_Elizabeth Siobhan Theriault_
Elizabeth Siobhan Theriault, Declarant

AARON M. LEVINE & ASSOCIATES, P.A.

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202/833-8040

Counsel for Plaintiff

14

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of November, 2005, a true and correct copy of the foregoing Plaintiff Elizabeth Siobhan Theriault's Answers to Defendant Eli Lilly and Company's First Set of Interrogatories was served via first class, postage prepaid, U.S. Mail, on counsel for Defendant:

John Kuckelman, Esq.
Shook, Hardy & Bacon LLP
2255 Grand Boulevard
Kansas City, MO 64108

Michelle R. Mangram, Esq.
Shook, Hardy & Bacon LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

_____
Aaron M. Levine