IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH SIOBHAN THERIAULT,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br><br>**Defendant**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-01556-RMC<br><br>Next Scheduled Event:<br>**Close of Fact Discovery, May 8, 2006** |

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.


Dated: _____, 2006        _____
                                                                    United States District Judge


cc:    Appended list of counsel of record

- 2 -

## **COUNSEL OF RECORD**

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum
John Chadwick Coots
Emily J. Laird
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**