IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH S. THERIAULT, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 05-1556 (RMC/AK) |
| ] | Next Event: Discovery Closed - May 8, 2006 |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

**NOTICE OF NON-OPPOSITION**

COMES NOW the Plaintiff, by and through counsel, and declines to Oppose Defendant Eli Lilly and Company's Motion to transfer this matter to the District of Massachusetts.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
202-833-8040

Counsel for Plaintiff