Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

FILED
Clerk's Office
USDC, Mass
Date
By
Deputy Clerk

May 12, 2006

Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

06 10879 RCL

Re: 05-1556 (RMC) - THERIAULT v. ELI LILLY & COMPANY.

Dear Clerk:

On May 1, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ certified copy of the docket entries,
✔ original documents in the file.
✔ original documents transferred from the Superior Court of the District of Columbia

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____
Civil Docket Clerk

RECEIVED

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT